## 46911. THOMAS v. LAWSON.
### (380 SE2d 712)

HUNT, Justice.

In this case, Thomas filed his complaint for mandamus to compel the superior court to rule on his petition for habeas corpus. Because it is a direct application to this court for an original writ, it is controlled by *Brown v. Johnson*, 251 Ga. 436 (306 SE2d 655) (1983), and must be dismissed.

*Petition dismissed. All the Justices concur.*

DECIDED APRIL 19, 1989.

*J. D. Thomas, pro se.*

*James L. Wiggins, District Attorney*, for appellee.